

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00663-CV

**IN THE INTEREST OF C.J.,JR.,** a child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02667
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating Appellant Christopher J.'s parental rights. Appellant's court-appointed attorney has filed a motion for extension of time to file appellant's brief, stating that he only recently learned he was appointed as appellant's counsel on appeal. We GRANT appellant's motion for extension of time and ORDER appellant to file his brief on or before December 4, 2014. NO FURTHER MOTIONS FOR EXTENSIONS OF TIME WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court